**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jose Juan ORGANES-ESPINO, a/k/a Johnny Organes, a/k/a Johnny Two Braids, a/k/a Paisa, Defendant-Appellant.**

**No. 17-6644**

United States Court of Appeals,
Fourth Circuit.

Submitted: September 12, 2017

Decided: November 17, 2017

Jose Juan Organes-Espino, Appellant Pro Se. Sandra Jane Hairston, Acting

---

United States Attorney, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Juan Organes-Espino appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012), in which he sought the benefit of Amendment 782, and the order denying his motion for reconsideration. The district court correctly concluded that Organes-Espino is not eligible for a sentence reduction under Amendment 782 and, therefore, did not abuse its discretion in denying the motions. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016). Accordingly, we affirm. *United States v. Organes-Espino*, No. 1:09-cr-00263-WO-1 (M.D.N.C. June 28, 2016 & May 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*